Jill J. Ormond (SBN: 024250)
J. William VanDehei (SBN: 035832)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2491
Facsimile: (602) 265-4716
jormond@grsm.com
wvandehei@grsm.com

*Attorneys for Defendant Accor Management US Inc.*

**Gordon Rees Scully Mansukhani, LLP**
**Two North Central Avenue Suite 2200**
**Phoenix, AZ 85004**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alan F. Garcia,<br><br>Plaintiff,<br><br>vs.<br><br>Accor Management US Inc., dba Fairmont Scottsdale Princess; et al.,<br><br>Defendants. | **CASE NO. ____________________**<br><br>**DEFENDANT ACCOR MANAGEMENT US INC. CORPORATE DISCLOSURE STATEMENT** |

Defendant Accor Management US Inc. hereby submits this Corporate Disclosure Statement in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(2), and hereby declare as follows:

Accor is a Delaware corporation with its principal place of business in National Harbor, Maryland.

Accor will file a supplemental disclosure statement upon any change in the information provided herein.

/ / /

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

Respectfully submitted this 20th day of March 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ J. William VanDehei*
Jill J. Ormond
J. William VanDehei
*Attorneys for Defendant Accor Management US Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter. Copies also were emailed to:

Frederic G. Lemberg
**LAW OFFICE OF FREDERIC G. LEMBERG**
17015 N Scottsdale Road, Suite 225
Phoenix, Arizona 85255
fred@azlemberglaw.com
*Attorney for Plaintiff*

*/s/ Diane Archie*